**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Keithroy Noel CLARKE, a/k/a Michael St. Clair Davis, a/k/a Tyrone Roberts, a/k/a Capone, a/k/a "T", a/k/a Khadafi, Defendant–Appellant.**

No. 02–7187.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 1, 2002.

Decided Dec. 4, 2002.

Keithroy Noel Clarke, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILLIAM D. WILKINS, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Keithroy Noel Clarke seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Clarke has not made a substantial showing of the denial of a constitutional right. *See United States v. Clarke,* Nos. CR–97–166; CA–01–738–2 (E.D. Va. filed May 29, 2002; entered May 30, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*